**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CAROLINE ANN PLONKA,

Petitioner

v.

SUSQUEHANNA DEPOT BOROUGH
ZONING HEARING BOARD

Respondent

: No. 406 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

　　**AND NOW**, this 5th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.